**Order Filed August 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00943-CV

## IN RE HOMEOWNERS' ASSOCIATION OF PRINCETON MEADOW, INC., Relator

**Original Proceeding from the Justice Court, Precinct # 2**
**Collin County, Texas**
**Justice Court Cause No. 02-SC-15-00068**

# ORDER

Before Chief Justice Wright and Justices Lang-Miers and Brown

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

/s/ ELIZABETH LANG-MIERS
JUSTICE